UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PAREXEL INTERNATIONAL

V.　　　　　　　　　　　　　　　Case Number:   3:03CV121 (SRU)

HEPBURN

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on 10/16/03 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 15, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, October 16, 2003.


KEVIN F. ROWE, CLERK

By: _____
　　　Alice Montz
　　　Deputy Clerk