UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAREXEL INTL. CORP, ET AL

V.                        Case Number: 3:03CV121 (SRU)

BRIAN HEPBURN, ET AL

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>October 17, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 16, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, on October 17, 2003.


KEVIN F. ROWE, CLERK

By: _____
    Alice Montz
    Deputy Clerk