UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAREXEL INTERNATIONAL, CORPORATION, | ) ) ) | |
| PAREXEL MMS EUROPE, LTD, | ) ) ) | CIVIL ACTION NO. 3:03CV121 (SRU) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BRIAN HEPBURN, | ) ) | |
| DANIEL DONOVAN, | ) ) | |
| ENVISION PHARMA, INC., | ) ) | |
| and | ) ) | |
| UNKNOWN DEFENDANTS ACTING IN CONCERT WITH DEFENDANTS, | ) ) ) | November 6, 2003 |
| Defendants. | ) | |

## MOTION TO EXTEND TIME

The Plaintiffs, Parexel International Corporation and Parexel MMS Europe Ltd., with consent of Defendants, move to extend by thirty days the deadline for filing closing papers.

1. The parties are currently finalizing their settlement agreement in this matter. In order to complete the settlement agreement, and to communicate with all parties involved in this matter, some of whom are abroad, Plaintiffs request an additional thirty days to file closing papers.

2. Without an extension, closing papers would be due November 15, 2003, and with an extension, such papers would now be due December 15, 2003.

3. Defendants' counsel has been contacted and has consented to this extension.

4. This is Plaintiffs' first motion for an extension of time regarding this matter.

WHEREFORE, Plaintiffs, with consent of Defendants, respectfully request that the Court grant their motion to extend by thirty days the deadline to file closing papers.

PLAINTIFFS,
PAREXEL INTERNATIONAL CORPORATION
and
PAREXEL MMS EUROPE LTD.

By: _____
CONRAD S. KEE (CT 16904)
JEFFREY M. VONA (CT 22519)
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, Connecticut 06904-0251
Tel: (203) 961-0404
Fax: (203) 324-4704
Email: Keec@JacksonLewis.com
         Vonaj@JacksonLewis.com
Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on this date, via U.S. mail, postage prepaid, to counsel of record:

Stephen P. Horner, Esq.
2183 Boston Post Road
Darien, Connecticut 06820

_____
Jeffrey Vona