UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 A 9:44

| | |
|---|---|
| PAREXEL INTERNATIONAL, CORPORATION, | |
| PAREXEL MMS EUROPE, LTD, | CIVIL ACTION NO. 3:03CV121 (SRU) |
| Plaintiffs, | |
| v. | |
| BRIAN HEPBURN, | |
| DANIEL DONOVAN, | |
| ENVISION PHARMA, INC., | |
| and | |
| UNKNOWN DEFENDANTS ACTING IN CONCERT WITH DEFENDANTS, | November 6, 2003 |
| Defendants. | |

**MOTION TO EXTEND TIME**

The Plaintiffs, Parexel International Corporation and Parexel MMS Europe Ltd., with consent of Defendants, move to extend by thirty days the deadline for filing closing papers.

1. The parties are currently finalizing their settlement agreement in this matter. In order to complete the settlement agreement, and to communicate with all parties involved in this matter, some of whom are abroad, Plaintiffs request an additional thirty days to file closing papers.

2. Without an extension, closing papers would be due November 15, 2003, and with an extension, such papers would now be due December 15, 2003.

3. Defendants' counsel has been contacted and has consented to this extension.

GRANTED; ABSENT OBJECTION.
SO ORDERED
/s/ Stefan R. Underhill, U.S.D.J.
11/18/03