UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAREXEL INTERNATIONAL, CORPORATION, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| PAREXEL MMS EUROPE, LTD, | ) ) | 3:03CV121 (SRU) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BRIAN HEPBURN, | ) ) | |
| DANIEL DONOVAN, | ) ) | |
| ENVISION PHARMA, INC., | ) ) | |
| and | ) ) | |
| UNKNOWN DEFENDANTS ACTING IN CONCERT WITH DEFENDANTS, | ) ) ) | December 12, 2003 |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| PAREXEL INT'L CORP. | BRIAN HEPBURN, DANIEL |
| and | DONOVAN, and ENVISION |
| PAREXEL MMS EUROPE LTD | PHARMA, INC., |

By: _____ Date: 12/12/03
CONRAD S. KEE
CT16904
JEFFREY M. VONA
CT22519
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, Connecticut 06904-0251
Tel: (203) 961-0404
Fax: (203) 324-4704
Email: Keec@JacksonLewis.com
Vonaj@JacksonLewis.com

By: _____ Date: 12/12/03
STEPHEN P. HORNER, ESQ.
CT02460
2183 Boston Post Road
Darien, Connecticut 06820
Tel: (203) 655-7905
Email: SHorner@sphorner.com

SO ORDERED:

Dated: December ____, 2003

_____
J.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on this date, via U.S. mail, postage prepaid, to counsel of record:

Stephen P. Horner, Esq.
2183 Boston Post Road
Darien, Connecticut 06820

_____
Jeffrey Vona