UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| PAREXEL INTERNATIONAL, CORPORATION, | 2003 DEC 15  A 10: 00 |
| PAREXEL MMS EUROPE, LTD, | CIVIL ACTION NO. 3:03CV121 (SRU) |
| Plaintiffs, | |
| v. | |
| BRIAN HEPBURN, | |
| DANIEL DONOVAN, | |
| ENVISION PHARMA, INC., | |
| and | |
| UNKNOWN DEFENDANTS ACTING IN CONCERT WITH DEFENDANTS, | December 12, 2003 |
| Defendants. | |

## STIPULATION FOR DISMISSAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, it is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned action be discontinued in its entirety, with prejudice, and with no award of attorneys' fees or costs to either side.

APPROVED. The case is hereby dismissed with prejudice and without costs, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
12/17/03